DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE REESE** and **DEBORAH ROSIER,**
Appellants,

v.

**BROWARD COLLEGE,**
Appellee.

No. 4D16-4000

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-14-014176 and CACE-14-014422.

Peter J. Solnick of Solnick Law P.A., Aventura, for appellants.

Jack J. Aiello and Holly L. Griffin of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellee The District Board of Trustees of Broward College.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***